**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 3, 2025**



In The

# Fifteenth Court of Appeals

---

## NO. 15-25-00043-CV

---

**THE CONSERVATION SOCIETY OF SAN ANTONIO AND LEWIS VETTER, Appellants**

**V.**

**UNIVERSITY OF TEXAS AT SAN ANTONIO AND CITY OF SAN ANTONIO, Appellees**

---

**On Appeal from the 408th Judicial District Court**
**Bexar County, Texas**
**Trial Court Cause No. 2025CI07382**

---

### MEMORANDUM OPINION

This is an appeal from an order granting a plea to the jurisdiction signed April 14, 2025. On May 22, 2025, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

The parties have not reached an agreement regarding costs and so costs of appeal are taxed against appellants. Tex. R. App. P. 42.1(d).

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.